IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK L. EDWARDS and TERESA K. EDWARDS, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:18cv55-MHT (WO) |
| U.S. BANK NATIONAL ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 11) is adopted.

(2) Plaintiff's claims under the Fair Debt Collection Practices Act are dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) due to the passage of the statute of limitations.

(3) Plaintiff's claims under state law are dismissed without prejudice due to lack of subject-matter jurisdiction.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of September, 2019.

/s/ Myron H. Thompson  
**UNITED STATES DISTRICT JUDGE**